UNITED STATES BANKRUPTCY COURT
Western DISTRICT OF Pennsylvania

In Re:                                          Case No. 16-23789

                                                Claim No. : 12

JAMIE L. COLESNIK

    Debtor(s)

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor **U.S. Bank Trust National Association, as trustee for CVF III Mortgage Loan Trust II** in the above entitled case hereby requests that the mailing address pertaining to NOTICES AND PAYMENTS, listed in the above stated case be changed.

### Address where Notices to the creditor be sent:

| From | To |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

### Address where Payments to the creditor be sent:

| From | To |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

Date: 06/24/2019

*Zann Welch*
Creditor's Authorized Agent for Fay Servicing, LLC