FILED
11/22/19 8:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 16-23789 GLT |
| ) | Chapter 13 |
| Jamie Colesnik ) | Docket No. |
| *Debtor* ) | |
| ) | Related to Docket No. 86 |
| Jamie Colesnik ) | |
| *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| Ronda J. Winnecour, Esq., Trustee, ) | |
| *Respondents* ) | |

**CONSENT ORDER OF COURT**

AND NOW, to wit, this __22nd Day of November__, 2019, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1. The Debtor is approved to obtain a loan for no more than $25,000.00, with a monthly payment of no more than $450.00 and an interest rate of no more than 21% to be used to purchase a new or used motor vehicle;

2. The Debtor is permitted to utilize her 2013 Dodge Grand Caravan as a "trade-in" toward the new vehicle loan;

3. The vehicle must be purchased within 60 days of the date of this order;

4. The Debtor will file a report of financing within 10 days of purchase of the vehicle;

5. The Debtor shall file an amended Chapter 13 Plan, which includes the new vehicle loan, within 10 days after the vehicle has been purchased.

FURTHER ORDERED:

_____
Honorable Gregory Taddonio
U.S. Bankruptcy Judge

drb

/s/ Jana Pail_____          /s/ Kenneth Steidl_____
Jana Pail, Esquire                              Kenneth Steidl, Esquire
Office of the Chapter 13 Trustee      Attorney for the Debtors

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 16-23789-GLT
Jamie L. Colesnik                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: dpas              Page 1 of 1             Date Rcvd: Nov 22, 2019
                                Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2019.
db             +Jamie L. Colesnik,    1836 Middle St.,    Pittsburgh, PA 15215-2719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Land Home Financial Services, Inc. as servicer for
               Trifera, LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Trifera, LLC pawb@fedphe.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Kenneth   Steidl    on behalf of Debtor Jamie L. Colesnik julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Lisa   Cancanon    on behalf of Creditor    Trifera, LLC lisac@w-legal.com
              Lisa   Cancanon    on behalf of Creditor    Land Home Financial Services, Inc. as servicer for
               Trifera, LLC lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 10