Form 151

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jamie L. Colesnik**
   Debtor(s)

Bankruptcy Case No.: 16–23789–GLT
Related to Docket No. 93
Chapter: 13
Docket No.: 94 – 93
Concil. Conf.: February 27, 2020 at 01:30 PM

## **CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ___3rd____ day of _____January_____, _2020_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

First Class Mail

on the respondent(s) at (list names and addresses here):

-All parties on the attached mailing matrix-

Executed on _____1/3/20_____     /s/ Kenneth Steidl_____
                           (Date)                                      (Signature)

Kenneth Steidl, 2830 Gulf Tower, Pittsburgh, PA 15219_____
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 16-23789-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Fri Jan  3 08:38:37 EST 2020 | Allegheny County<br>c/o Jordan Tax Servicing<br>PO Box 200<br>Bethel Park, PA 15102-0200 | American Credit Acceptance<br>Po Box 4419<br>Wilmington, OH 45177-4419 |
| Peter J. Ashcroft<br>Bernstein-Burkley, P.C.<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1900 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Brue Morrison M.D.<br>200 Delafield Rd.<br>#2010<br>Pittsburgh, PA 15215-3234 |
| Lisa Cancanon<br>Weinstein & Riley, P.S.<br>11101 West 120th Avenue<br>#280<br>Broomfield, CO 80021-2756 | Capital One Auto Finance<br>PO Box 60511<br>City of Industry, CA 91716-0511 | Capital One Auto Finance, a division of Capi<br>c/o AIS  Portfolio Services, LP<br>f/k/a AIS Data Services<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Capital One Auto Finance, c/o Ascension Capi<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Captial One Bank<br>c/o Portfolio Recovery Assoc.<br>120 Corporate Blvd.<br>Norfolk, VA 23502-4952 | Citizens Bank<br>c/o Convergent Outsourcing<br>830 SW 39th St.<br>PO Box 9004<br>Renton, WA 98057-9004 |
| Jamie L. Colesnik<br>1836 Middle St.<br>Pittsburgh, PA 15215-2719 | County of Allegheny<br>c/o Goehring Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Pittsburgh, PA 15219-6101 | Crescent Bank<br>5401 Jefferson Hwy.<br>Suite D<br>New Orleans, LA 70123-4232 |
| Crescent Bank & Trust<br>P O Box 61813<br>New Orleans, LA 70161-1813 | Dollar Smart<br>c/o AAS Debt Recovery<br>PO Box 129<br>Monroeville, PA 15146-0129 | Dr. Eric Gazica<br>Family Dentristy<br>105 Hoffman St.<br>Glenshaw, PA 15116-2277 |
| Duquesne Light Co.<br>411 Seventh Ave.<br>Pittsburgh, PA 15219-1942 | Duquesne Light Company<br>c/o Peter J. Ashcroft,<br>Bernstein-Burkley, P.C.,<br>707 Grant St., Suite 2200, Gulf Tower,<br>Pittsburgh, PA 15219-1945 | Fay Servicing LLC<br>PO Box 814609<br>Dallas, TX 75381-4609 |
| Fox Chapel Area School District<br>c/o Jordan Tax Service<br>PO Box 200<br>Bethel Park, PA 15102-0200 | Fox Chapel School District<br>c/o Keystone Collections Group<br>546 Wendel Road<br>Irwin, PA 15642-7539 | Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 |
| Kondaur Capital Corporation<br>333 South Anita Dr.<br>Suite 400<br>Orange, CA 92868-3314 | Larry Suher & Associates<br>4328 Old William Flynn Hwy.<br>Monroeville, PA 15146-1496 | McKesson Patient Care Solutions, Inc.<br>Airside Business Park<br>PO Box 1135<br>Coraopolis, PA 15108-6135 |
| National City Bank/PNC Bank<br>c/o Weltman, Weinberg & Reis<br>Suite 2500, Koppers Bldg.<br>436 Seventh Ave.<br>Pittsburgh, PA 15219-1842 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Omega Federal Credi Union<br>PO Box 15038<br>Pittsburgh, PA 15237-0038 |

| | | |
|---|---|---|
| Payliance<br>2 Easton Oval<br>Suite 310<br>Columbus, OH 43219-6193 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Gas<br>PO Box 535323<br>Pittsburgh, PA 15253-5323 |
| Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 North Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| James A. Prostko<br>Phelan Hallinan Diamond & Jones, LLP<br>Omni William Penn Office Tower<br>555 Grant Street<br>Suite 300<br>Pittsburgh, PA 15219-4408 | Quest Dianositcs<br>c/o American Medical Collection Agency<br>4 West Chester Plaza<br>Bldg. # 4<br>Elmsford, NY 10523-1615 | Quest Diagnostics<br>c/o American Medical  Collection Agency<br>4 Westchester Plaza<br>Suite 110<br>Elmsford, NY 10523-1615 |
| Sharpsburg Borough<br>c/o Keystone Collection Group<br>564 Wendel Rd.<br>Irwin, PA 15642 | Soxman & Buzzatto LLC<br>3942 William Flynn Hwy.<br>Allison Park, PA 15101-3609 | St. Margarets Hospital<br>c/o State Collection Service<br>2509 S. Stoughton Rd.<br>Madison, WI 53716-3314 |
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Trifera, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121-3132 | Trifera, LLC<br>2003 Western Avenue, Suite 340<br>Seattle, WA 98121-2162 |
| U.S. Bank Trust National Association, as tru<br>PO Box 814609<br>Dallas, TX 75381-4609 | UPMC<br>c/o Medicredit Inc.<br>PO Box 1629<br>Maryland Heights, MO 63043-0629 | UPMC Health Services<br>PO Box 371472<br>Pittsburgh, PA 15250-7472 |
| S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Allegheny County              (u)Duquesne Light Company          (u)Land Home Financial Services, Inc. as serv


(d)U.S. Bank Trust National Association, as t    End of Label Matrix
PO Box 814609                                    Mailable recipients    50
Dallas, TX 75381-4609                            Bypassed recipients     4
                                                 Total                  54
```