FILED
1/10/20 2:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  16-23789 GLT |
| | ) | Chapter 13 |
| Jamie Colesnik | ) | Docket No. |
| *Debtor* | ) | |
| | ) | Related to Document Nos. 87, |
| Jamie Colesnik | ) | 89, 93, |
| *Movant* | ) | |
| | ) | Conciliation Date: February 27, |
| vs. | ) | 2020 @ 1:30 p.m. |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| *Respondents* | ) | |

## CONSENT ORDER AMENDING CONFIRMATION ORDER DATED SEPTEMBER 29, 2017

AND NOW, come the Debtor and the Chapter 13 Standing Trustee, through counsel, and aver the following:

WHEREAS:

1. This case was filed on October 7, 2016;

2. The Debtor sought an order permitting post-petition vehicle financing. That order was entered on November 22, 2019 at Doc. 87.

3. Debtor was approved for financing through American Credit Acceptance. The monthly payment is $450.00 and the first payment is due by January 19, 2020. The Debtor has provided the Trustee with the account number.

4. Debtor has filed an amended plan to include the new obligation, but the confirmation hearing has not yet been scheduled.

5. Debtor is desirous of making adequate protection payments pending confirmation of the newer amended plan.

6. The Debtor's wage attachment is in the process of being amended to ensure that it is adequately funded to provide for the newer amended plan figure.

7. The Trustee expects to hold sufficient funds to make the adequate protection payments without impact on existing creditors.

IT IS AGREED AND ORDERED:

1. The December 11, 2017, Order confirming Debtor's plan dated September 29, 2017, is hereby amended to include, under Part "1.H." the following: The Trustee is authorized to pay adequate protection payments to American Credit Acceptance in the monthly sum of $450.00 beginning with the first payment due January 19, 2020 and each month thereafter until further Order of Court.

2. The Trustee is authorized to disburse this adequate protection payment in the next distribution cycle practicable and each monthly cycle thereafter pending confirmation of the pending plan.

Consented to:

/s/ Kenneth Steidl
Kenneth Steidl,
Attorney for Debtor

/s/ Jana S. Pail
Jana S. Pail
Attorney for Trustee

So Ordered:

Gregory L. Taddonio **drb**
United States Bankruptcy Judge

DATED:  January 10, 2020

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 16-23789-GLT
Jamie L. Colesnik                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: lfin              Page 1 of 1          Date Rcvd: Jan 10, 2020
                             Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db            +Jamie L. Colesnik,    1836 Middle St.,   Pittsburgh, PA 15215-2719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor    Land Home Financial Services, Inc. as servicer for
           Trifera, LLC bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Trifera, LLC pawb@fedphe.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
          Kenneth  Steidl    on behalf of Debtor Jamie L. Colesnik julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Lisa  Cancanon    on behalf of Creditor    Trifera, LLC lisac@w-legal.com
          Lisa  Cancanon    on behalf of Creditor    Land Home Financial Services, Inc. as servicer for
           Trifera, LLC lisac@w-legal.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                        TOTAL: 10