IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Jamie L. Colesnik, ) | Case No. 16-23789 GLT |
| *Debtor* ) | Chapter 13 |
| ) | |
| Jamie L. Colesnik, ) | Related to Document No. 100 |
| Social Security No. XXX-XX-6593 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Panasas, Inc. and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| *Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 14, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee  
Suite 3250 – US Steel Tower  
600 Grant Street  
Pittsburgh, PA 15219  

Jamie L. Colesnik  
1836 Middle Street  
Pittsburgh, PA 15215  

Panasas, Inc.  
Attn: Payroll Dept.  
969 W Maude Avenue  
Sunnyvale, CA 94085  

Date of Service:    January 14, 2020        /s/ Kenneth Steidl  
Kenneth Steidl, Esquire  
STEIDL & STEINBERG  
28th Floor, Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  
(412) 391-8000  
PA I.D. 34965