FILED
4/16/20 8:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Jamie Colesnik | Case No. 16-23789 GLT |
| Debtor(s) | Chapter 13 |
| | Document No.   WO-2 |
| Jamie Colesnik, | |
| Movant(s) | |
| Social Security No. XXX-XX- 6593 | |
| vs. | Related to Docket No. 109 |
| Panasas, Inc. and | |
| Ronda J. Winnecour, Trustee | |
| Respondent(s) | |

## CONSENT ORDER TO REDUCE WAGE ATTACHMENT

AND NOW, to wit, this  16th Day of April , 2020, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) The Debtor is permitted to reduce her wage attachment to the amount of $211.00 per bi-weekly paycheck until her regular hours are reinstated;

2) The employer, Panasas, Inc, is to restart payroll deductions at the full amount of $711.00 per bi-weekly paycheck to the Chapter 13 Trustee once her regular hours are reinstated.  It is the Debtor's responsibility to ensure that the wage attachment resumes in a timely manner;

3) This wage attachment is being suspended due to the reduction in the Debtor's employment hours due to the Covid-19 pandemic.

4) The Debtor is aware that she will be required to make up any payments that have fallen behind once the Debtor's regular hours are reinstated.

5) The Trustee's consent to the termination of the wage attachment, to accommodate Debtor's circumstances, is not intended as a modification of the plan, and will not preclude the Trustee from filing a certificate of default or taking any other action(s) as a result of plan defaults or arrears as she believes appropriate.

FURTHER ORDERED:

DATED:  April 16, 2020

_____
Hon. Gregory L. Taddonio
U.S. Bankruptcy Judge

/s/ Kate DeSimone  
Kate DeSimone, Esquire
Office of the Chapter 13 Trustee

/s/ Kenneth Steidl  
Kenneth Steidl, Esquire
Counsel for the Debtors

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-23789-GLT
Jamie L. Colesnik                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas              Page 1 of 1           Date Rcvd: Apr 16, 2020
                              Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2020.
db            +Jamie L. Colesnik,    1836 Middle St.,    Pittsburgh, PA 15215-2719
               Kate DeSimone, Esq.,    3250 U.S. Steel Tower,    Pittsburgh, PA  15219,   US

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Land Home Financial Services, Inc. as servicer for
               Trifera, LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Trifera, LLC pawb@fedphe.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Kenneth Steidl    on behalf of Debtor Jamie L. Colesnik julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Lisa Cancanon    on behalf of Creditor    Trifera, LLC lisac@w-legal.com
              Lisa Cancanon    on behalf of Creditor    Land Home Financial Services, Inc. as servicer for
               Trifera, LLC lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 10