IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Jamie L. Colesnik, ) | Case No. 16-23789 GLT |
| *Debtor* ) | Chapter 13 |
| ) | |
| Jamie L. Colesnik, ) | Related to Document No. 110 |
| Social Security No. XXX-XX-6593 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Panasas, Inc. and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| *Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 21, 2020, a true and correct copy of the *Consent Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Jamie L. Colesnik
1836 Middle Street
Pittsburgh, PA 15215

Panasas, Inc.
Attn: Payroll Dept.
969 W Maude Avenue
Sunnyvale, CA 94085

Date of Service:    April 21, 2020

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 34965