IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re:  Jamie L. Colesnik | : | Bankruptcy No. 16-23789-GLT | |
| Debtor(s) | : | | |
| | : | Chapter 13 | |
| Lisa Cancanon | : | | |
| Movant(s) | : | | |
| | : | Related to Document No. 77 | |
| v. | : | | |
| | : | | |
| No Respondent | : | | |
| Respondent(s) | : | | |

## MOTION FOR WITHDRAWAL OF APPEARANCE
## AND TERMINATION OF CM/ECF RECORD

AND NOW comes Lisa Cancanon, counsel to Trifera, LLC in the above-captioned case, and certifies to this Honorable Court that she (a) has satisfied the interest of her client Trifera, LLC in the above-captioned case, and (b) has informed and received the consent of Trifera, LLC to withdraw her appearance in the above-captioned case. Having so certified, and pursuant to W.PA.LBR 9010-2(b), Lisa Cancanon requests that this Honorable Court grant her request for leave for withdrawal of her appearance and termination of her CM/ECF record in this case.

Date:  7/6/2020          Movant/Attorney: /s/ Lisa Cancanon
                                    Lisa Cancanon, Bar No. 323550
                                    Weinstein & Riley, P.S.
                                    11101 West 120th Ave, Ste 280
                                    Broomfield, Colorado 80021
                                    Phone: (303) 539-8607
                                    Email: lisac@w-legal.com

## ORDER

Based on the foregoing Motion for Withdrawal of Appearance, and pursuant to W.PA.LBR 9010-2(b), it is hereby ORDERED that Lisa Cancanon is GRANTED leave to withdraw from the above-captioned case, and the Clerk shall terminate the corresponding CM/ECF attorney record in this case.

Date: _____                    _____
                                    United States Bankruptcy Judge

**PAWB Local Form 17  (07/13)**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2020, I served a copy of *MOTION FOR WITHDRAWAL OF APPEARANCE AND TERMINATION OF CM/ECF RECORD* on the following parties via first class mail or caused them to be served with a Notice of Electronic Filing.

<u>Trustee via E-Filing</u>
Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

<u>Debtor's Counsel via E-Filing</u>
Kenneth Steidl
julie.steidl@steidl-steinberg.com

<u>U.S. Trustee via E-Filing</u>
U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

<u>Debtor via First-Class Mail</u>
Jamie L. Colesnik
1836 Middle St.
Pittsburgh, PA 15215

                                                <u>/s/ Jordyn Robertson</u>
                                                Jordyn Robertson
                                                Weinstein & Riley, P.S.
                                                2001 Western Avenue, Suite 400
                                                Seattle, WA  98121
                                                Phone: 206-269-3490