IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/7/20 4:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In Re:  Jamie L. Colesnik | : | Bankruptcy No. 16-23789-GLT |
|  | : |  |
|  Debtor(s) | : | Chapter 13 |
|  | : |  |
| Lisa Cancanon | : |  |
|  Movant(s) | : |  |
|  | : | Related to Document No. 77 |
| v. | : |  |
|  | : |  |
| No Respondent | : |  |
|  Respondent(s) | : |  |

**MOTION FOR WITHDRAWAL OF APPEARANCE
AND TERMINATION OF CM/ECF RECORD**

    AND NOW comes Lisa Cancanon, counsel to Trifera, LLC in the above-captioned case, and certifies to this Honorable Court that she (a) has satisfied the interest of her client Trifera, LLC in the above-captioned case, and (b) has informed and received the consent of Trifera, LLC to withdraw her appearance in the above-captioned case. Having so certified, and pursuant to W.PA.LBR 9010-2(b), Lisa Cancanon requests that this Honorable Court grant her request for leave for withdrawal of her appearance and termination of her CM/ECF record in this case.

Date:  7/6/2020    Movant/Attorney: /s/ Lisa Cancanon
    Lisa Cancanon, Bar No. 323550
    Weinstein & Riley, P.S.
    11101 West 120th Ave, Ste 280
    Broomfield, Colorado 80021
    Phone: (303) 539-8607
    Email: lisac@w-legal.com

**ORDER**

    Based on the foregoing Motion for Withdrawal of Appearance, and pursuant to W.PA.LBR 9010-2(b), it is hereby ORDERED that Lisa Cancanon is GRANTED leave to withdraw from the above-captioned case, and the Clerk shall terminate the corresponding CM/ECF attorney record in this case.
    Counsel Shall serve a copy of this order on Trifera, LLC and file a Certificate of Service.

Date:  July 7, 2020

_____
United States Bankruptcy Judge

dmh

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jamie L. Colesnik  
   Debtor

Case No. 16-23789-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dpas     Page 1 of 2     Date Rcvd: Jul 07, 2020  
                     Form ID: pdf900     Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2020.

```
db             +Jamie L. Colesnik,    1836 Middle St.,    Pittsburgh, PA 15215-2719
cr              Fay Servicing LLC,    PO Box 814609,    Dallas, TX  75381-4609
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14302918       +Allegheny County,    c/o Jordan Tax Servicing,    PO Box 200,    Bethel Park, PA 15102-0200
15174799       +American Credit Acceptance,    Po Box 4419,    Wilmington, OH 45177-4419
14302919      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     PO Box 982238,     El Paso, TX 79998-2238)
14302920       +Brue Morrison M.D.,    200 Delafield Rd.,    #2010,    Pittsburgh, PA 15215-3234
14320839       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14302926       +Dollar Smart,    c/o AAS Debt Recovery,    PO Box 129,    Monroeville, PA 15146-0129
14302927       +Dr. Eric Gazica,    Family Dentristy,    105 Hoffman St.,    Glenshaw, PA 15116-2277
14302929       +Fox Chapel Area School District,    c/o Jordan Tax Service,    PO Box 200,
                 Bethel Park, PA 15102-0200
14356480       +Fox Chapel School District,    c/o Keystone Collections Group,    546 Wendel Road,
                 Irwin, PA 15642-7539
14302930       +Kondaur Capital Corporation,    333 South Anita Dr.,    Suite 400,    Orange, CA 92868-3314
14302931       +Larry Suher & Associates,    4328 Old William Flynn Hwy.,    Monroeville, PA 15146-1496
14302932       +McKesson Patient Care Solutions, Inc.,    Airside Business Park,    PO Box 1135,
                 Coraopolis, PA 15108-6135
14302933       +National City Bank/PNC Bank,    c/o Weltman, Weinberg & Reis,    Suite 2500, Koppers Bldg.,
                 436 Seventh Ave.,    Pittsburgh, PA 15219-1842
14302934       +Omega Federal Credi Union,    PO Box 15038,    Pittsburgh, PA 15237-0038
14302935       +Payliance,    2 Easton Oval,    Suite 310,    Columbus, OH 43219-6193
14302936       +Peoples Gas,    PO Box 535323,    Pittsburgh, PA 15253-5323
14347970       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14302938        Sharpsburg Borough,    c/o Keystone Collection Group,    564 Wendel Rd.,    Irwin, PA 15642
14302939       +Soxman & Buzzatto LLC,    3942 William Flynn Hwy.,    Allison Park, PA 15101-3609
14302940       +St. Margarets Hospital,    c/o State Collection Service,    2509 S. Stoughton Rd.,
                 Madison, WI 53716-3314
14734941       +Trifera, LLC,    2003 Western Avenue, Suite 340,    Seattle, WA 98121-2162
14942634        U.S. Bank Trust National Association, as trustee f,    PO Box 814609,    Dallas, TX 75381-4609
14302942       +UPMC Health Services,    PO Box 371472,    Pittsburgh, PA 15250-7472
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 08 2020 04:58:26
                 Capital One Auto Finance, a division of Capital On,    c/o AIS  Portfolio Services, LP,
                 f/k/a AIS Data Services,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
cr             +E-mail/Text: bncmail@w-legal.com Jul 08 2020 05:04:52     Trifera, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
14302921        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 08 2020 05:00:09
                 Capital One Auto Finance,    PO Box 60511,    City of Industry, CA 91716-0511
14309595       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 08 2020 04:59:59
                 Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
                 Arlington, TX 76006-1347
14302922       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 08 2020 05:00:11     Captial One Bank,
                 c/o Portfolio Recovery Assoc.,    120 Corporate Blvd.,    Norfolk, VA 23502-4952
14302923       +E-mail/Text: convergent@ebn.phinsolutions.com Jul 08 2020 05:05:10     Citizens Bank,
                 c/o Convergent Outsourcing,    830 SW 39th St.,    PO Box 9004,    Renton, WA 98057-9004
14302925       +E-mail/Text: bankruptcy@cbtno.com Jul 08 2020 05:05:35     Crescent Bank,    5401 Jefferson Hwy.,
                 Suite D,    New Orleans, LA 70123-4232
14306228       +E-mail/Text: bankruptcy@cbtno.com Jul 08 2020 05:05:35     Crescent Bank & Trust,
                 P O Box 61813,    New Orleans, LA 70161-1813
14302928       +E-mail/Text: kburkley@bernsteinlaw.com Jul 08 2020 05:05:24     Duquesne Light Co.,
                 411 Seventh Ave.,    Pittsburgh, PA 15219-1942
14367726       +E-mail/Text: kburkley@bernsteinlaw.com Jul 08 2020 05:05:24     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14359054        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 08 2020 05:00:03
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14302937       +E-mail/Text: bkrpt@retrievalmasters.com Jul 08 2020 05:04:41     Quest Diagnositcs,
                 c/o American Medical Collection Agency,    4 West Chester Plaza,    Bldg. # 4,
                 Elmsford, NY 10523-1615
14307839       +E-mail/Text: bkrpt@retrievalmasters.com Jul 08 2020 05:04:41     Quest Diagnostics,
                 c/o American Medical  Collection Agency,    4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1615
14302941       +E-mail/Text: rcpsbankruptcynotices@parallon.com Jul 08 2020 05:05:31     UPMC,
                 c/o Medicredit Inc.,    PO Box 1629,    Maryland Heights, MO 63043-0629
                                                                                               TOTAL: 14
```

```
District/off: 0315-2          User: dpas              Page 2 of 2               Date Rcvd: Jul 07, 2020
                              Form ID: pdf900         Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Duquesne Light Company
cr              Land Home Financial Services, Inc. as servicer for
cr*             U.S. Bank Trust National Association, as trustee f,   PO Box 814609,   Dallas, TX   75381-4609
                                                                                            TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2020 at the address(es) listed below:

```
              James   Warmbrodt     on behalf of Creditor    Land Home Financial Services, Inc. as servicer for
               Trifera, LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Trifera, LLC pawb@fedphe.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Kenneth  Steidl    on behalf of Debtor Jamie L. Colesnik julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Lisa   Cancanon    on behalf of Creditor    Trifera, LLC lisac@w-legal.com
              Lisa   Cancanon    on behalf of Creditor    Land Home Financial Services, Inc. as servicer for
               Trifera, LLC lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                    TOTAL: 10
```