FILED
7/28/20 8:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jamie Colesnik | ) | Case No. 16-23789 GLT |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Document No.   WO-2 |
| Jamie Colesnik, | ) | |
|     Movant(s) | ) | |
| Social Security No. XXX-XX- 6593 | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Panasas, Inc. and | ) | |
| Ronda J. Winnecour, Trustee | ) | Related to Docket No. 110 |
|     Respondent(s) | ) | |

**ORDER**

AND NOW, to wit, this _____28th Day of July_____, 2020, it is hereby

ORDERED, ADJUDGED, and DECREED that:

In light of the Court's April 16, 2020 Order [Dkt. No. 110] which authorized a reduction of the Debtor's bi-weekly wage attachment due to an income reduction caused by the COVID-19 pandemic, the Court requires the Debtor to file a status report detailing whether his wages have been restored to their pre-pandemic level and whether any plan arrearages exist. If the Debtor's income level has returned to normal, the Court also expects the Debtor to propose a method by which any plan arrears will be cured. The status report shall be filed on or before August 18, 2020.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 16-23789-GLT
Jamie L. Colesnik                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas              Page 1 of 1                Date Rcvd: Jul 28, 2020
                              Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2020.
db            +Jamie L. Colesnik,    1836 Middle St.,    Pittsburgh, PA 15215-2719


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2020 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    Land Home Financial Services, Inc. as servicer for
           Trifera, LLC bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Trifera, LLC pawb@fedphe.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
          Kenneth  Steidl    on behalf of Debtor Jamie L. Colesnik julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                             TOTAL: 8