**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/23/2021

IN RE:

JAMIE L. COLESNIK
1836 MIDDLE ST.
PITTSBURGH, PA  15215
XXX-XX-6593          Debtor(s)

Case No. 16-23789 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/23/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **BERNSTEIN-BURKLEY PC**<br>2200 GULF TOWER<br>707 GRANT ST<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CAP 1 AUTO/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 4   INT %: 12.00%<br>Court Claim Number: 3-2<br>CLAIM: 0.00<br>COMMENT: 168-M-237;07-09,11-16*CL3GOVS@1511.71*3449.33@12%TTL~~07-16/PL/PL*W/31*F | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: M237 |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX 77210 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 12,164.18<br>COMMENT: PMTS PROPER/CONF*SURR/PL*W/30*CL=17466 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0030 |
| **CRESCENT BANK & TRUST**<br>POB 61813<br>NEW ORLEANS, LA 70161-1813 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 0.00<br>COMMENT: PD OUTSIDE/PL BY CO-SIGNER*15549/PL*CL=14993.91 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4864 |
| **FOX CHAPEL ASD (O'HARA TWP) (RE)**<br>C/O JORDAN TAX SVC - CURR YR CLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NOTHING OWED TO SD/JSP*5519.08@10%TTL/PL*2011-16/SCH-PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: M237 |
| **US BANK TRUST NA - TRUSTEE ET AL**<br>C/O FAY SERVICING LLC(*)<br>PO BOX 814609<br>DALLAS, TX 75381-4609 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 12-3<br>CLAIM: 0.00<br>COMMENT: CL12-3GOV W/PMT CHANGES*DKT4PMT-LMT*BGN 11/16*AMD*WNTS LMP*FR TRIF | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 5774 |
| **BOROUGH OF SHARPSBURG R/E TAX**<br>%KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 6-2<br>CLAIM: 75.70<br>COMMENT: 168-M-237;06-16*PMTS PROPER/CONF*5519.08@10%TTL~15,16/PL*WNTS 10%*W/3 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1379 |
| **BANK OF AMERICA****<br>7105 CORPORATE DR<br>PLANO, TX 75024 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **BRUCE MORRISON MD**<br>200 DELAFIELD RD<br>STE 2010<br>PITTSBURGH, PA 15215 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 376.42<br>COMMENT: NO NUM/SCH*CAP ONE*LOAN BGN 9/2/14 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1272 |
| **CITIZENS BANK(*)**<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI 02915 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9288 |
| **FAST LOANS AT DOLLAR SMART**<br>C/O AAS DEBT RECOVERY INC<br>PO BOX 129*<br>MONROEVILLE, PA 15146 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DOLLAR SMART/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DR ERIC GAZICA DMD**<br>105 HOFFMAN RD<br>GLENSHAW, PA 15116 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 6,723.16<br>COMMENT: 0000/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6593 |
| **LARRY SUHER DDS**<br>4328 OLD WM PENN HIGHWAY<br>MONROEVILLE, PA 15146 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MCKESSON PATIENT CARE SOLUTIONS**<br>AIRSIDE BUSINESS PARK<br>PO BOX 1135<br>MOON TOWNSHIP, PA 15108-9939 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PNC BANK NA**<br>C/O WELTMAN WEINBERG & REIS CO LPA<br>2500 KOPPERS BLDG<br>436 7TH AVE<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 2B AVD/PL~JDGMT/LIEN*UNS/SCH*NAT'L CITY*REPO-DFCNY BAL/SCH*CASE NO. | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **OMEGA FEDERAL CREDIT UNION**<br>206 SIEBERT ROAD<br>PITTSBURGH, PA 15237-3786 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PAYLIANCE++**<br>3 EASTON OVAL<br>STE 210<br><br>COLUMBUS, OH  43219 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  1,755.52<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5343 |
| **QUEST DIAGNOSTICS**<br>MR 461<br>POB 4911<br><br>SOUTH EASTERN, PA  19398-4911 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2303 |
| **QUEST DIAGNOSTICS**<br>MR 461<br>POB 4911<br><br>SOUTH EASTERN, PA  19398-4911 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9661 |
| **SOXMAN AND BUZZATTO LLC**<br>3942 WILLIAM FLYNN HWY<br><br>ALLISON PARK, PA  15101 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ST MARGARET HOSPITAL**<br>C/O STATE COLLECTION SVC<br>2509 S STOUGHTON RD<br><br>MADISON, WI  53716 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UPMC**<br>2 HOT METAL ST<br>DIST RM 386<br><br>PITTSBURGH, PA  15203 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UPMC HEALTH SERVICES**<br>PO BOX 371472<br><br>PITTSBURGH, PA  15250 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  THOMAS A GOLIEMBIEWSKI JR*/SCH H*ND ADR INFO | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br><br>HOUSTON, TX  77210 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  1,691.78<br>COMMENT:  NO GEN UNS/SCH*W/5 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0030 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:3-2<br>CLAIM: 0.00<br>COMMENT: 168-M-237;07-09,11-16*NON%*CL3GOVS@1937.62*3449.33@12%~TTL~07-16/PL*W/ | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: M237 |
| **BOROUGH OF SHARPSBURG R/E TAX**<br>%KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 3.94<br>COMMENT: 168-M-151;09-16*PMTS PROPER/CONF*33.21@10%/CL-PL*WNTS 10%*W/33*PIF/CR | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1383 |
| **BOROUGH OF SHARPSBURG R/E TAX**<br>%KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 0.00<br>COMMENT: 168-M-151;09-16*NON%*NO GEN UNS/SCH*W/32*CL=7.20*PIF/CR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1383 |
| **SHARPSBURG BOROUGH (EIT)**<br>C/O KEYSTONE CLLCTNS GRP - DLNQ CLLCTR<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 0.00<br>COMMENT: 2073871;12,13*CL7GOVS@0%*115.33@0%TTL/PL-CL*NT/SCH*W/35*$RTND*PIF/CR | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3871 |
| **SHARPSBURG BOROUGH (EIT)**<br>C/O KEYSTONE CLLCTNS GRP - DLNQ CLLCTR<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 0.00<br>COMMENT: 2073871;12,13*NON%*CL7GOVS@0%*117.22@0%TTL/PL-CL*NT/SCH*NON%*W/34* | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3871 |
| **FOX CHAPEL ASD (SHARPSBURG) (EIT)**<br>C/O KEYSTONE CLLCTNS GRP-DLNQ CLLCTR<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 0.00<br>COMMENT: 2073871;12,13*CL8GOVS@0%*115.35@0%TTL/PL-CL*NT/SCH*W/37*$RTND*PIF/CR | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3871 |
| **FOX CHAPEL ASD (SHARPSBURG) (EIT)**<br>C/O KEYSTONE CLLCTNS GRP-DLNQ CLLCTR<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 0.00<br>COMMENT: 2073871;12,13*NON%*CL8GOVS@0%*117.22@0%TTL/PL-CL*NT/SCH*W/36*$RTND* | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3871 |
| **BOROUGH OF SHARPSBURG R/E TAX**<br>%KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:6-2<br>CLAIM: 0.00<br>COMMENT: 168-M-237;06-16*NON%*10-16/SCH-PL*NO GEN UNS/SCH*W/9*AMD*CL=1329.04*PIF | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1379 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 389.50<br>COMMENT: CAP ONE*SCH@12*LOAN BGN 9/5/14 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7430 |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TRIFERA/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim Info | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **US BANK TRUST NA - TRUSTEE ET AL**<br>C/O FAY SERVICING LLC(*)<br>PO BOX 814609<br>DALLAS, TX 75381-4609 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 12-3 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5774 | CLAIM: 3,399.42<br>COMMENT: CL12-3GOV*7990.46/CL-PL*AMD*WNTS LMP*FR TRIFERA-DOC 80*FR US BANK-DO( |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: LAND HOME FNCL/PRAE |
| **TRIFERA LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: LAND HOME FNCL/PRAE |
| **AMERICAN CREDIT ACCEPTANCE LLC**<br>PO BOX 4419<br>WILMINGTON, OH 45177-4419 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 3505 | CLAIM: 0.00<br>COMMENT: PMT/COE*447.59/PL*DK4PMT~LMT*BGN 1/20 |

Case 16-23789-GLT    Doc 125    Filed 04/23/21    Entered 04/23/21 14:19:57    Desc
Page 7 of 7