IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | ) | |
|---|---|---|
| | ) | Case No. 16-23789 GLT |
| Jamie L. Colesnik, | ) | Chapter 13 |
| | ) | Docket No. |
| *Debtor* | ) | |
| | ) | |
| Jamie L. Colesnik, | ) | |
| | ) | |
| *Movant* | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is required to pay Domestic Support Obligation and the Debtor has paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (Including amounts due before the petition was filed, but only to the extent provided for in the Plan.)

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On September 1, 2021 at docket number 132, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

September 19, 2021                                           /s/ Jamie L. Colesnik___
Date                                                                    Debtor


_____                                _____
Date                                                                    Debtor

        Respectfully submitted,

<u>September 21, 2021</u>　　　　　　　<u>/s/ Kenneth Steidl</u>
DATE　　　　　　　　　　　　　Kenneth Steidl, Esquire
　　　　　　　　　　　　　　　　Attorney for the Debtor

　　　　　　　　　　　　　　　　STEIDL & STEINBERG
　　　　　　　　　　　　　　　　707 Grant Street
　　　　　　　　　　　　　　　　Suite 2830, Gulf Tower
　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　(412) 391-8000
　　　　　　　　　　　　　　　　ken.steidl@steidl-steinberg.com
　　　　　　　　　　　　　　　　PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**