**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/27/22 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>JAMIE L. COLESNIK<br><br>  Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>   vs.<br>JAMIE L. COLESNIK<br><br><br>  Respondents | Case No.16-23789GLT<br><br>Chapter 13<br><br>Related to Docket No. 143 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 27th Day of January, 2022, it is hereby ORDERED, ADJUDGED, and DECREED that,

Panasas Inc
Attn: Payroll Manager
969 W Maude Ave
Sunnyvale, CA 94085

is hereby ordered to immediately terminate the attachment of the wages of JAMIE L. COLESNIK, social security number XXX-XX-6593. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JAMIE L. COLESNIK.

FURTHER ORDERED:

BY THE COURT:

_____
**drb**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23789-GLT |
| Jamie L. Colesnik | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 27, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jamie L. Colesnik, 1836 Middle St., Pittsburgh, PA 15215-2719 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2022              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Land Home Financial Services  Inc. as servicer for Trifera, LLC bnicholas@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor Trifera  LLC jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Allegheny County jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Jamie L. Colesnik julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Jan 27, 2022     Form ID: pdf900     Total Noticed: 1

| | |
|---|---|
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 8