IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Jamie L. Colesnick | Case No. 16-23789 GLT |
| *Debtor* | Chapter 13 |
| | Related to Docket No. 144 |
| Ronda J. Winnecour, Trustee, | |
| *Movant* | |
| vs. | |
| Jamie L. Colesnick, | |
| *Respondents* | |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 31, 2022, a true and correct copy of the *Order to Stop Payroll Deductions* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Panasas Inc.
Attn Payroll
969 W. Maude Ave.
Sunnyvale, CA 94085

Jamie L. Colesnik
1836 Middle Street
Pittsburgh, PA 15215

**Served by CM/ECF:** Ronda J. Winncour, Trustee

Date of Service: January 31, 2022

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
2830 Gulf Tower - 707 Grant Street
Pittsburgh, PA 15219 (412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965