Case 16-23789-GLT    Doc 150    Filed 02/03/22    Entered 02/04/22 00:27:18    Desc
Imaged Certificate of Notice    Page 1 of 4

FILED
2/1/22 4:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Jamie L. Colesnik | ) | Case No. 16-23789 GLT |
|     Debtor | ) | Chapter 13 |
| | ) | |
| Steidl and Steinberg, P.C. | ) | |
|     Applicant | ) | |
| | ) | Related to Docket No. 139 |
| vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, | ) | |
| Trustee, Allegheny Co., American Credit Acceptance, | ) | |
| Bank of America, Capital One Auto Finance, Capital | ) | |
| One Bank, Citizens Bank, Crescent Bank, Dollar Smart, | ) | |
| Duquesne Light Co., Fay Servicing, Fox Chapel Area | ) | |
| School District, Kondaur Capital Corp., Larry Suher & | ) | |
| Assoc., McKesson Patient Care Solutions, National City | ) | |
| Bank/PN Bank, Omega FCU, Payliance, PA Dept. of | ) | |
| Revenue, Peoples Gas, Portfolio Recovery Assoc., Quest | ) | |
| Diagnostics, Sharpsburg Borough, St. Margaret's | ) | |
| Hospital, Trifera, US Bank National Trust, UPMC, | ) | |
| UPMC Health Services, | ) | |
|     Respondents | ) | |

## ORDER OF COURT

AND NOW, to-wit this  1st Day of January                , 2022, after consideration of the Application for Financial Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $6,495.00 for work performed in the Chapter 13 case by Debtor's counsel from September 21, 2016, to January 13, 2022.

2. The Debtor paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing.  Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtors' counsel was paid a $600.00

retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,400.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $10,495.00, with the total to be paid through the Plan by the Trustee being $4,000.00 (representing the $3,400.00 previously approved to be paid (as set forth above), an additional $600.00 that was approved as part of the Amended Chapter 13 Plan dated December 19, 2019 (at Doc. 93) which was confirmed on February 28, 2020, (at Doc. 105),

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total compensation as $6,495.00

6. The balance is waived.

FURTHER ORDERED:

_____
Hon. Gregory L. Taddonio
United States Bankruptcy Judge

## ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23789-GLT |
| Jamie L. Colesnik | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 01, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2022:**

**Recip ID        Recipient Name and Address**
db          +  Jamie L. Colesnik, 1836 Middle St., Pittsburgh, PA 15215-2719

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2022            Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2022 at the address(es) listed below:**

**Name**            **Email Address**

Brian Nicholas
                    on behalf of Creditor Land Home Financial Services  Inc. as servicer for Trifera, LLC bnicholas@kmllawgroup.com

James A. Prostko
                    on behalf of Creditor Trifera  LLC jprostko@c-vlaw.com, jamesprostko@gmail.com

Jeffrey R. Hunt
                    on behalf of Creditor Allegheny County jhunt@grblaw.com

Kenneth Steidl
                    on behalf of Debtor Jamie L. Colesnik julie.steidl@steidl-steinberg.com
                    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Feb 01, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 8