Form 604

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jamie L. Colesnik** | : | Case No. 16−23789−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 153 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 5/18/22 at 11:00 AM |
| | : | |
| | : | |
| | : | |

### ORDER SCHEDULING DATE
### FOR RESPONSE AND HEARING ON MOTION

     **AND NOW,** this ***The 25th of March, 2022***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 153 by the Chapter 13 Trustee,

     It is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

     (1)  ***On or before May 9, 2022***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on ***May 18, 2022 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 16-23789-GLT

Jamie L. Colesnik                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: auto                                           Page 1 of 3

Date Rcvd: Mar 25, 2022                 Form ID: 604                          Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamie L. Colesnik, 1836 Middle St., Pittsburgh, PA 15215-2719 |
| cr | ++ | FAY SERVICING LLC, P O BOX 814609, DALLAS TX 75381-4609 address filed with court:, Fay Servicing LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | U.S. Bank Trust National Association, not in its i, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14302918 | + | Allegheny County, c/o Jordan Tax Servicing, PO Box 200, Bethel Park, PA 15102-0200 |
| 15174799 | + | American Credit Acceptance, Po Box 4419, Wilmington, OH 45177-4419 |
| 14302919 | | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14302920 | + | Brue Morrison M.D., 200 Delafield Rd., #2010, Pittsburgh, PA 15215-3234 |
| 14302926 | + | Dollar Smart, c/o AAS Debt Recovery, PO Box 129, Monroeville, PA 15146-0129 |
| 14302927 | + | Dr. Eric Gazica, Family Dentisty, 105 Hoffman St., Glenshaw, PA 15116-2277 |
| 14302929 | + | Fox Chapel Area School District, c/o Jordan Tax Service, PO Box 200, Bethel Park, PA 15102-0200 |
| 14356480 | + | Fox Chapel School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14302930 | + | Kondaur Capital Corporation, 333 South Anita Dr., Suite 400, Orange, CA 92868-3314 |
| 14302931 | + | Larry Suher & Associates, 4328 Old William Flynn Hwy., Monroeville, PA 15146-1496 |
| 14302932 | + | McKesson Patient Care Solutions, Inc., Airside Business Park, PO Box 1135, Coraopolis, PA 15108-6135 |
| 14302933 | + | National City Bank/PNC Bank, c/o Weltman, Weinberg & Reis, Suite 2500, Koppers Bldg., 436 Seventh Ave., Pittsburgh, PA 15219-1842 |
| 14302934 | + | Omega Federal Credi Union, PO Box 15038, Pittsburgh, PA 15237-0038 |
| 14302936 | + | Peoples Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14302938 | | Sharpsburg Borough, c/o Keystone Collection Group, 564 Wendel Rd., Irwin, PA 15642 |
| 14302939 | + | Soxman & Buzzatto LLC, 3942 William Flynn Hwy., Allison Park, PA 15101-3609 |
| 14734941 | + | Trifera, LLC, 2003 Western Avenue, Suite 340, Seattle, WA 98121-2162 |
| 15354560 | | U.S. Bank Trust National Association, PO Box 814609, Dallas, TX 75381-4609 |
| 14942634 | | U.S. Bank Trust National Association, as trustee f, PO Box 814609, Dallas, TX 75381-4609 |
| 14302942 | + | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Mar 25 2022 23:50:06 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LP, f/k/a AIS Data Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: ECF@fayservicing.com | | |
| | | | Mar 25 2022 23:45:00 | Fay Servicing LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | | |
| | | | Mar 25 2022 23:45:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bncmail@w-legal.com | | |
| | | | Mar 25 2022 23:45:00 | Trifera, LLC, c/o Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 14302921 | | Email/PDF: acg.coaf.ebn@aisinfo.com | | |
| | | | Mar 25 2022 23:50:07 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 14309595 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

District/off: 0315-2          User: auto          Page 2 of 3

Date Rcvd: Mar 25, 2022          Form ID: 604          Total Noticed: 42

| Recip ID | | Notice | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 25 2022 23:49:35 | Capital One Auto Finance, c/o Ascension Capital Gr, P.O. Box 201347, Arlington, TX 76006-1347 |
| 14302922 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2022 23:49:36 | Captial One Bank, c/o Portfolio Recovery Assoc., 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14302923 | + | Email/Text: convergent@ebn.phinsolutions.com | Mar 25 2022 23:45:00 | Citizens Bank, c/o Convergent Outsourcing, 830 SW 39th St., PO Box 9004, Renton, WA 98057-9004 |
| 14320839 | + | Email/Text: ebnjts@grblaw.com | Mar 25 2022 23:45:00 | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14302925 | + | Email/Text: bankruptcy@cbtno.com | Mar 25 2022 23:45:00 | Crescent Bank, 5401 Jefferson Hwy., Suite D, New Orleans, LA 70123-4232 |
| 14306228 | + | Email/Text: bankruptcy@cbtno.com | Mar 25 2022 23:45:00 | Crescent Bank & Trust, P O Box 61813, New Orleans, LA 70161-1813 |
| 14302928 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 25 2022 23:45:00 | Duquesne Light Co., 411 Seventh Ave., Pittsburgh, PA 15219-1942 |
| 14367726 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 25 2022 23:45:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14302935 | | Email/Text: bankruptcy@payliance.com | Mar 25 2022 23:45:00 | Payliance, 2 Easton Oval, Suite 310, Columbus, OH 43219 |
| 14359054 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2022 23:49:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14347970 | + | Email/Text: ebnpeoples@grblaw.com | Mar 25 2022 23:45:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14302937 | + | Email/Text: bkrpt@retrievalmasters.com | Mar 25 2022 23:45:00 | Quest Diagnositcs, c/o American Medical Collection Agency, 4 West Chester Plaza, Bldg. # 4, Elmsford, NY 10523-1615 |
| 14307839 | + | Email/Text: bkrpt@retrievalmasters.com | Mar 25 2022 23:45:00 | Quest Diagnostics, c/o American Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 14302940 | + | Email/Text: amieg@stcol.com | Mar 25 2022 23:45:00 | St. Margarets Hospital, c/o State Collection Service, 2509 S. Stoughton Rd., Madison, WI 53716-3314 |
| 14302941 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Mar 25 2022 23:45:00 | UPMC, c/o Medicredit Inc., PO Box 1629, Maryland Heights, MO 63043-0629 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allegheny County |
| cr | | Duquesne Light Company |
| cr | | Land Home Financial Services, Inc. as servicer for |
| cr | * | U.S. Bank Trust National Association, as trustee f, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

District/off: 0315-2                         User: auto                              Page 3 of 3
Date Rcvd: Mar 25, 2022                      Form ID: 604                        Total Noticed: 42

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2022                    Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Land Home Financial Services  Inc. as servicer for Trifera, LLC bnicholas@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor Trifera  LLC jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Allegheny County jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Jamie L. Colesnik julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Lauren Moyer | on behalf of Creditor Fay Servicing LLC lmoyer@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 9