**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JAMIE L. COLESNIK <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>         Movant <br>     vs. <br> No Respondents. | Case No.:16-23789 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 25, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/07/2016 and confirmed on 1/13/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 92,512.89 |
| Less Refunds to Debtor | 3,976.02 | |
| TOTAL AMOUNT OF PLAN FUND | | 88,536.87 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,000.00 | |
|    Trustee Fee | 4,301.58 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,301.58 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK TRUST NA - TRUSTEE ET AL<br>Acct: 5774 | 0.00 | 39,244.58 | 0.00 | 39,244.58 |
| US BANK TRUST NA - TRUSTEE ET AL<br>Acct: 5774 | 3,399.42 | 3,399.42 | 0.00 | 3,399.42 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: M237 | 0.00 | 0.00 | 0.00 | 0.00 |
| FOX CHAPEL ASD (O'HARA TWP) (RE)<br>Acct: M237 | 0.00 | 0.00 | 0.00 | 0.00 |
| BOROUGH OF SHARPSBURG R/E TAX<br>Acct: 1379 | 75.70 | 75.70 | 436.64 | 512.34 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: M237 | 0.00 | 0.00 | 0.00 | 0.00 |
| BOROUGH OF SHARPSBURG R/E TAX<br>Acct: 1383 | 3.94 | 3.94 | 0.00 | 3.94 |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT<br>Acct: 0030 | 12,164.18 | 12,164.18 | 2,274.45 | 14,438.63 |
| CRESCENT BANK & TRUST<br>Acct: 4864 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 57,598.91 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMIE L. COLESNIK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMIE L. COLESNIK<br>Acct: | 3,976.02 | 3,976.02 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| KENNETH STEIDL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KENNETH STEIDL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXX3-22 | 600.00 | 600.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHARPSBURG BOROUGH (EIT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3871 | | | | |
| SHARPSBURG BOROUGH (EIT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3871 | | | | |
| FOX CHAPEL ASD (SHARPSBURG) (EIT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3871 | | | | |
| FOX CHAPEL ASD (SHARPSBURG) (EIT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3871 | | | | |
| AMERICAN CREDIT ACCEPTANCE LLC | 0.00 | 11,700.00 | 0.00 | 11,700.00 |
| Acct: 3505 | | | | |
| | | | | 11,700.00 |
| **Unsecured** | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRUCE MORRISON MD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 376.42 | 376.42 | 0.00 | 376.42 |
| Acct: 1272 | | | | |
| CITIZENS BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9288 | | | | |
| FAST LOANS AT DOLLAR SMART | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DR ERIC GAZICA DMD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DUQUESNE LIGHT COMPANY* | 6,723.16 | 6,723.16 | 0.00 | 6,723.16 |
| Acct: 6593 | | | | |
| LARRY SUHER DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCKESSON PATIENT CARE SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| OMEGA FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAYLIANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,755.52 | 1,755.52 | 0.00 | 1,755.52 |
| Acct: 5343 | | | | |
| QUEST DIAGNOSTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2303 | | | | |
| QUEST DIAGNOSTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9661 | | | | |
| SOXMAN AND BUZZATTO LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ST MARGARET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT | 1,691.78 | 1,691.78 | 0.00 | 1,691.78 |
| Acct: 0030 | | | | |
| BOROUGH OF SHARPSBURG R/E TAX | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1383 | | | | |
| BOROUGH OF SHARPSBURG R/E TAX | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1379 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 389.50 | 389.50 | 0.00 | 389.50 |

16-23789 Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 7430 | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   TRIFERA LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | | | 10,936.38 |

| TOTAL PAID TO CREDITORS | | | | 80,235.29 |
|---|---|---|---|---:|

TOTAL CLAIMED
| PRIORITY | 0.00 |
| SECURED | 15,643.24 |
| UNSECURED | 10,936.38 |

Date: 03/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JAMIE L. COLESNIK

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:16-23789

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23789-GLT |
| Jamie L. Colesnik | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 25, 2022 | Form ID: pdf900 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamie L. Colesnik, 1836 Middle St., Pittsburgh, PA 15215-2719 |
| cr | ++ | FAY SERVICING LLC, P O BOX 814609, DALLAS TX 75381-4609 address filed with court:, Fay Servicing LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | U.S. Bank Trust National Association, not in its i, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14302918 | + | Allegheny County, c/o Jordan Tax Servicing, PO Box 200, Bethel Park, PA 15102-0200 |
| 15174799 | + | American Credit Acceptance, Po Box 4419, Wilmington, OH 45177-4419 |
| 14302919 | | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14302920 | + | Brue Morrison M.D., 200 Delafield Rd., #2010, Pittsburgh, PA 15215-3234 |
| 14302926 | + | Dollar Smart, c/o AAS Debt Recovery, PO Box 129, Monroeville, PA 15146-0129 |
| 14302927 | + | Dr. Eric Gazica, Family Dentristy, 105 Hoffman St., Glenshaw, PA 15116-2277 |
| 14302929 | + | Fox Chapel Area School District, c/o Jordan Tax Service, PO Box 200, Bethel Park, PA 15102-0200 |
| 14356480 | + | Fox Chapel School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14302930 | + | Kondaur Capital Corporation, 333 South Anita Dr., Suite 400, Orange, CA 92868-3314 |
| 14302931 | + | Larry Suher & Associates, 4328 Old William Flynn Hwy., Monroeville, PA 15146-1496 |
| 14302932 | + | McKesson Patient Care Solutions, Inc., Airside Business Park, PO Box 1135, Coraopolis, PA 15108-6135 |
| 14302933 | + | National City Bank/PNC Bank, c/o Weltman, Weinberg & Reis, Suite 2500, Koppers Bldg., 436 Seventh Ave., Pittsburgh, PA 15219-1842 |
| 14302934 | + | Omega Federal Credi Union, PO Box 15038, Pittsburgh, PA 15237-0038 |
| 14302936 | + | Peoples Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14302938 | | Sharpsburg Borough, c/o Keystone Collection Group, 564 Wendel Rd., Irwin, PA 15642 |
| 14302939 | + | Soxman & Buzzatto LLC, 3942 William Flynn Hwy., Allison Park, PA 15101-3609 |
| 14734941 | + | Trifera, LLC, 2003 Western Avenue, Suite 340, Seattle, WA 98121-2162 |
| 15354560 | | U.S. Bank Trust National Association, PO Box 814609, Dallas, TX 75381-4609 |
| 14942634 | | U.S. Bank Trust National Association, as trustee f, PO Box 814609, Dallas, TX 75381-4609 |
| 14302942 | + | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 25 2022 23:50:06 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LP, f/k/a AIS Data Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: ECF@fayservicing.com | Mar 25 2022 23:45:00 | Fay Servicing LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 25 2022 23:45:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bncmail@w-legal.com | Mar 25 2022 23:45:00 | Trifera, LLC, c/o Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 14302921 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 25 2022 23:49:52 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 14309595 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 25 2022 23:49:35 | Capital One Auto Finance, c/o Ascension Capital Gr, P.O. Box 201347, Arlington, TX 76006-1347 |
| 14302922 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2022 23:50:07 | Captial One Bank, c/o Portfolio Recovery Assoc., 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14302923 | + | Email/Text: convergent@ebn.phinsolutions.com | Mar 25 2022 23:45:00 | Citizens Bank, c/o Convergent Outsourcing, 830 SW 39th St., PO Box 9004, Renton, WA 98057-9004 |
| 14320839 | + | Email/Text: ebnjts@grblaw.com | Mar 25 2022 23:45:00 | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14302925 | + | Email/Text: bankruptcy@cbtno.com | Mar 25 2022 23:45:00 | Crescent Bank, 5401 Jefferson Hwy., Suite D, New Orleans, LA 70123-4232 |
| 14306228 | + | Email/Text: bankruptcy@cbtno.com | Mar 25 2022 23:45:00 | Crescent Bank & Trust, P O Box 61813, New Orleans, LA 70161-1813 |
| 14302928 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 25 2022 23:45:00 | Duquesne Light Co., 411 Seventh Ave., Pittsburgh, PA 15219-1942 |
| 14367726 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 25 2022 23:45:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14302935 | | Email/Text: bankruptcy@payliance.com | Mar 25 2022 23:45:00 | Payliance, 2 Easton Oval, Suite 310, Columbus, OH 43219 |
| 14359054 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2022 23:49:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14347970 | + | Email/Text: ebnpeoples@grblaw.com | Mar 25 2022 23:45:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14302937 | + | Email/Text: bkrpt@retrievalmasters.com | Mar 25 2022 23:45:00 | Quest Diagnositcs, c/o American Medical Collection Agency, 4 West Chester Plaza, Bldg. # 4, Elmsford, NY 10523-1615 |
| 14307839 | + | Email/Text: bkrpt@retrievalmasters.com | Mar 25 2022 23:45:00 | Quest Diagnostics, c/o American Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 14302940 | + | Email/Text: amieg@stcol.com | Mar 25 2022 23:45:00 | St. Margarets Hospital, c/o State Collection Service, 2509 S. Stoughton Rd., Madison, WI 53716-3314 |
| 14302941 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Mar 25 2022 23:45:00 | UPMC, c/o Medicredit Inc., PO Box 1629, Maryland Heights, MO 63043-0629 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allegheny County |
| cr | | Duquesne Light Company |
| cr | | Land Home Financial Services, Inc. as servicer for |
| cr | * | U.S. Bank Trust National Association, as trustee f, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Mar 25, 2022 | Form ID: pdf900 | Total Noticed: 42 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2022                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Land Home Financial Services Inc. as servicer for Trifera, LLC bnicholas@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor Trifera LLC jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Allegheny County jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Jamie L. Colesnik julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Lauren Moyer | on behalf of Creditor Fay Servicing LLC lmoyer@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 9