| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jamie L. Colesnik<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–6593<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 16–23789–GLT | |

# Order of Discharge                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jamie L. Colesnik

5/10/22                                                    **By the court:** Gregory L. Taddonio
                                                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23789-GLT |
| Jamie L. Colesnik | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 10, 2022 | Form ID: 3180W | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamie L. Colesnik, 1836 Middle St., Pittsburgh, PA 15215-2719 |
| cr | + | U.S. Bank Trust National Association, not in its i, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14302918 | + | Allegheny County, c/o Jordan Tax Servicing, PO Box 200, Bethel Park, PA 15102-0200 |
| 15174799 | + | American Credit Acceptance, Po Box 4419, Wilmington, OH 45177-4419 |
| 14302920 | + | Brue Morrison M.D., 200 Delafield Rd., #2010, Pittsburgh, PA 15215-3234 |
| 14302926 | + | Dollar Smart, c/o AAS Debt Recovery, PO Box 129, Monroeville, PA 15146-0129 |
| 14302927 | + | Dr. Eric Gazica, Family Dentristy, 105 Hoffman St., Glenshaw, PA 15116-2277 |
| 14302929 | + | Fox Chapel Area School District, c/o Jordan Tax Service, PO Box 200, Bethel Park, PA 15102-0200 |
| 14356480 | + | Fox Chapel School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14302930 | + | Kondaur Capital Corporation, 333 South Anita Dr., Suite 400, Orange, CA 92868-3314 |
| 14302931 | + | Larry Suher & Associates, 4328 Old William Flynn Hwy., Monroeville, PA 15146-1496 |
| 14302932 | + | McKesson Patient Care Solutions, Inc., Airside Business Park, PO Box 1135, Coraopolis, PA 15108-6135 |
| 14302933 | + | National City Bank/PNC Bank, c/o Weltman, Weinberg & Reis, Suite 2500, Koppers Bldg., 436 Seventh Ave., Pittsburgh, PA 15219-1842 |
| 14302934 | + | Omega Federal Credi Union, PO Box 15038, Pittsburgh, PA 15237-0038 |
| 14302936 | + | Peoples Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14302938 | | Sharpsburg Borough, c/o Keystone Collection Group, 564 Wendel Rd., Irwin, PA 15642 |
| 14302939 | + | Soxman & Buzzatto LLC, 3942 William Flynn Hwy., Allison Park, PA 15101-3609 |
| 14734941 | + | Trifera, LLC, 2003 Western Avenue, Suite 340, Seattle, WA 98121-2162 |
| 15354560 | | U.S. Bank Trust National Association, PO Box 814609, Dallas, TX 75381-4609 |
| 14942634 | | U.S. Bank Trust National Association, as trustee f, PO Box 814609, Dallas, TX 75381-4609 |
| 14302942 | + | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | EDI: PENNDEPTREV | | May 11 2022 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | | May 10 2022 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | | May 11 2022 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | | May 10 2022 23:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | May 11 2022 03:43:00 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LP, f/k/a AIS Data Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | Email/Text: ECF@fayservicing.com | | | |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 10 2022 23:45:00 | Fay Servicing LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | Email/Text: bncmail@w-legal.com | May 10 2022 23:45:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | ^ | MEBN | May 10 2022 23:45:00 | Trifera, LLC, c/o Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| | | | May 10 2022 23:41:26 | U.S. Bank Trust National Association, not in its i, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14302919 | | EDI: BANKAMER.COM | May 11 2022 03:43:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14302921 | | EDI: CAPONEAUTO.COM | May 11 2022 03:43:00 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 14309595 | + | EDI: AISACG.COM | May 11 2022 03:43:00 | Capital One Auto Finance, c/o Ascension Capital Gr, P.O. Box 201347, Arlington, TX 76006-1347 |
| 14302922 | + | EDI: PRA.COM | May 11 2022 03:43:00 | Captial One Bank, c/o Portfolio Recovery Assoc., 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14302923 | + | EDI: CONVERGENT.COM | May 11 2022 03:43:00 | Citizens Bank, c/o Convergent Outsourcing, 830 SW 39th St., PO Box 9004, Renton, WA 98057-9004 |
| 14320839 | + | Email/Text: ebnjts@grblaw.com | May 10 2022 23:45:00 | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14302925 | + | EDI: CRESCENTBANK.COM | May 11 2022 03:43:00 | Crescent Bank, 5401 Jefferson Hwy., Suite D, New Orleans, LA 70123-4232 |
| 14306228 | + | EDI: CRESCENTBANK.COM | May 11 2022 03:43:00 | Crescent Bank & Trust, P O Box 61813, New Orleans, LA 70161-1813 |
| 14302928 | + | Email/Text: kburkley@bernsteinlaw.com | May 10 2022 23:45:00 | Duquesne Light Co., 411 Seventh Ave., Pittsburgh, PA 15219-1942 |
| 14367726 | + | Email/Text: kburkley@bernsteinlaw.com | May 10 2022 23:45:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14302935 | | Email/Text: bankruptcy@payliance.com | May 10 2022 23:45:00 | Payliance, 2 Easton Oval, Suite 310, Columbus, OH 43219 |
| 14359054 | | EDI: PRA.COM | May 11 2022 03:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14347970 | + | Email/Text: ebnpeoples@grblaw.com | May 10 2022 23:45:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14302937 | + | EDI: RMCB.COM | May 11 2022 03:43:00 | Quest Diagnositcs, c/o American Medical Collection Agency, 4 West Chester Plaza, Bldg. # 4, Elmsford, NY 10523-1615 |
| 14307839 | + | EDI: RMCB.COM | May 11 2022 03:43:00 | Quest Diagnostics, c/o American Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 14302940 | + | Email/Text: amieg@stcol.com | May 10 2022 23:44:00 | St. Margarets Hospital, c/o State Collection Service, 2509 S. Stoughton Rd., Madison, WI 53716-3314 |
| 15354560 | ^ | MEBN | May 10 2022 23:41:26 | U.S. Bank Trust National Association, PO Box 814609, Dallas, TX 75381-4609 |
| 14942634 | ^ | MEBN | May 10 2022 23:41:27 | U.S. Bank Trust National Association, as trustee f, PO Box 814609, Dallas, TX 75381-4609 |
| 14302941 | + | EDI: PARALONMEDCREDT | | |

Case 16-23789-GLT   Doc 159   Filed 05/12/22   Entered 05/13/22 00:25:30   Desc
Imaged Certificate of Notice   Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 10, 2022 | Form ID: 3180W | Total Noticed: 44 |

|   |   |   | May 11 2022 03:43:00 | UPMC, c/o Medicredit Inc., PO Box 1629, Maryland Heights, MO 63043-0629 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allegheny County |
| cr | | Duquesne Light Company |
| cr | | Land Home Financial Services, Inc. as servicer for |
| cr | * | U.S. Bank Trust National Association, as trustee f, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Land Home Financial Services  Inc. as servicer for Trifera, LLC bnicholas@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor Trifera  LLC jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Allegheny County jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Jamie L. Colesnik julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Lauren Moyer | on behalf of Creditor Fay Servicing LLC lmoyer@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 9