IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/10/22 10:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    JAMIE L. COLESNIK

         Debtor(s)

  Ronda J. Winnecour
        Movant
      vs.
  No Repondents.

Case No.:16-23789

Chapter 13

Related to Docket No. 153

ORDER OF COURT

  AND NOW, this ___10th Day of May, 2022___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

drb

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jamie L. Colesnik  
    Debtor

Case No. 16-23789-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: May 10, 2022      Form ID: pdf900      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamie L. Colesnik, 1836 Middle St., Pittsburgh, PA 15215-2719 |
| cr | + | U.S. Bank Trust National Association, not in its i, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14302918 | + | Allegheny County, c/o Jordan Tax Servicing, PO Box 200, Bethel Park, PA 15102-0200 |
| 15174799 | + | American Credit Acceptance, Po Box 4419, Wilmington, OH 45177-4419 |
| 14302920 | + | Brue Morrison M.D., 200 Delafield Rd., #2010, Pittsburgh, PA 15215-3234 |
| 14302926 | + | Dollar Smart, c/o AAS Debt Recovery, PO Box 129, Monroeville, PA 15146-0129 |
| 14302927 | + | Dr. Eric Gazica, Family Dentristy, 105 Hoffman St., Glenshaw, PA 15116-2277 |
| 14302929 | + | Fox Chapel Area School District, c/o Jordan Tax Service, PO Box 200, Bethel Park, PA 15102-0200 |
| 14356480 | + | Fox Chapel School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14302930 | + | Kondaur Capital Corporation, 333 South Anita Dr., Suite 400, Orange, CA 92868-3314 |
| 14302931 | + | Larry Suher & Associates, 4328 Old William Flynn Hwy., Monroeville, PA 15146-1496 |
| 14302932 | + | McKesson Patient Care Solutions, Inc., Airside Business Park, PO Box 1135, Coraopolis, PA 15108-6135 |
| 14302933 | + | National City Bank/PNC Bank, c/o Weltman, Weinberg & Reis, Suite 2500, Koppers Bldg., 436 Seventh Ave., Pittsburgh, PA 15219-1842 |
| 14302934 | + | Omega Federal Credi Union, PO Box 15038, Pittsburgh, PA 15237-0038 |
| 14302936 | + | Peoples Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14302938 | | Sharpsburg Borough, c/o Keystone Collection Group, 564 Wendel Rd., Irwin, PA 15642 |
| 14302939 | + | Soxman & Buzzatto LLC, 3942 William Flynn Hwy., Allison Park, PA 15101-3609 |
| 14734941 | + | Trifera, LLC, 2003 Western Avenue, Suite 340, Seattle, WA 98121-2162 |
| 15354560 | | U.S. Bank Trust National Association, PO Box 814609, Dallas, TX 75381-4609 |
| 14942634 | | U.S. Bank Trust National Association, as trustee f, PO Box 814609, Dallas, TX 75381-4609 |
| 14302942 | + | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 10 2022 23:52:30 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LP, f/k/a AIS Data Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: ECF@fayservicing.com | May 10 2022 23:45:00 | Fay Servicing LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 10 2022 23:45:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bncmail@w-legal.com | May 10 2022 23:45:00 | Trifera, LLC, c/o Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| cr | ^ | MEBN | May 10 2022 23:41:28 | U.S. Bank Trust National Association, not in its i, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14302919 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 10 2022 23:44:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 10, 2022 | Form ID: pdf900 | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14302921 | | Email/PDF: acg.coaf.ebn@aisinfo.com | May 10 2022 23:52:36 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 14309595 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 10 2022 23:52:40 | Capital One Auto Finance, c/o Ascension Capital Gr, P.O. Box 201347, Arlington, TX 76006-1347 |
| 14302922 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 10 2022 23:52:40 | Captial One Bank, c/o Portfolio Recovery Assoc., 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14302923 | + | Email/Text: convergent@ebn.phinsolutions.com | May 10 2022 23:45:00 | Citizens Bank, c/o Convergent Outsourcing, 830 SW 39th St., PO Box 9004, Renton, WA 98057-9004 |
| 14320839 | + | Email/Text: ebnjts@grblaw.com | May 10 2022 23:45:00 | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14302925 | + | Email/Text: bankruptcy@cbtno.com | May 10 2022 23:45:00 | Crescent Bank, 5401 Jefferson Hwy., Suite D, New Orleans, LA 70123-4232 |
| 14306228 | + | Email/Text: bankruptcy@cbtno.com | May 10 2022 23:45:00 | Crescent Bank & Trust, P O Box 61813, New Orleans, LA 70161-1813 |
| 14302928 | + | Email/Text: kburkley@bernsteinlaw.com | May 10 2022 23:45:00 | Duquesne Light Co., 411 Seventh Ave., Pittsburgh, PA 15219-1942 |
| 14367726 | + | Email/Text: kburkley@bernsteinlaw.com | May 10 2022 23:45:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14302935 | | Email/Text: bankruptcy@payliance.com | May 10 2022 23:45:00 | Payliance, 2 Easton Oval, Suite 310, Columbus, OH 43219 |
| 14359054 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 10 2022 23:52:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14347970 | + | Email/Text: ebnpeoples@grblaw.com | May 10 2022 23:45:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14302937 | + | Email/Text: bkrpt@retrievalmasters.com | May 10 2022 23:45:00 | Quest Diagnositcs, c/o American Medical Collection Agency, 4 West Chester Plaza, Bldg. # 4, Elmsford, NY 10523-1615 |
| 14307839 | + | Email/Text: bkrpt@retrievalmasters.com | May 10 2022 23:45:00 | Quest Diagnostics, c/o American Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 14302940 | + | Email/Text: amieg@stcol.com | May 10 2022 23:44:00 | St. Margarets Hospital, c/o State Collection Service, 2509 S. Stoughton Rd., Madison, WI 53716-3314 |
| 15354560 | ^ | MEBN | May 10 2022 23:41:28 | U.S. Bank Trust National Association, PO Box 814609, Dallas, TX 75381-4609 |
| 14942634 | ^ | MEBN | May 10 2022 23:41:32 | U.S. Bank Trust National Association, as trustee f, PO Box 814609, Dallas, TX 75381-4609 |
| 14302941 | + | Email/Text: rcpsbankruptcynotices@parallon.com | May 10 2022 23:45:00 | UPMC, c/o Medicredit Inc., PO Box 1629, Maryland Heights, MO 63043-0629 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allegheny County |
| cr | | Duquesne Light Company |
| cr | | Land Home Financial Services, Inc. as servicer for |
| cr | * | U.S. Bank Trust National Association, as trustee f, PO Box 814609, Dallas, TX 75381-4609 |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: May 10, 2022 | Form ID: pdf900 | Total Noticed: 42 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2022                                    Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Brian Nicholas
on behalf of Creditor Land Home Financial Services Inc. as servicer for Trifera, LLC bnicholas@kmllawgroup.com

James A. Prostko
on behalf of Creditor Trifera LLC jprostko@c-vlaw.com, jamesprostko@gmail.com

Jeffrey R. Hunt
on behalf of Creditor Allegheny County jhunt@grblaw.com

Kenneth Steidl
on behalf of Debtor Jamie L. Colesnik julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Lauren Moyer
on behalf of Creditor Fay Servicing LLC lmoyer@friedmanvartolo.com bankruptcy@friedmanvartolo.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 9